**GRIMM, VRANJES & GREER LLP**
MARK VRANJES, Esq. (SBN 106447)
Post Office Box 129012
550 West C Street, Ste. 1100
San Diego, CA 92101-3532
Tel: (619) 231-8802 Fax: (619) 233-6039

Attorneys for Defendant
SHAMROCK TRANSPORTATION LEASING
COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SUSAN JIMENEZ,<br><br>    Plaintiff,<br><br>v.<br><br>MIGUEL ALONZO; SHAMROCK TRANSPORTATION LEASING COMPANY; and DOES 1 to 100,<br><br>    Defendants. | Case No.:   8:19-cv-00493<br><br>**NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) DIVERSITY**<br><br>**(DEMAND FOR JURY TRIAL)** |

TO THE COURT OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant SHAMROCK TRANSPORTATION LEASING COMPANY (hereinafter "SHAMROCK") hereby removes to this Court the state court action described below.

On January 15, 2019, an action was commenced in the Superior Court of the State of California in and for the County Orange, entitled *Susan Jimenez v. Miguel Alonso, Shamrock Transportation Leasing Company*, Case No. 30-2019-01044675-CU-PO-CJC. A copy of the Summons and Complaint are attached hereto as <u>Exhibit A</u>.

The Complaint in this matter was served by mail on February 11, 2019, pursuant to California Code of Civil Procedure § 415.40. Service pursuant to

1  California Code of Civil Procedure §415.40 was effectuated on February 21, 2019. A copy of the proof of service and SHAMROCK TRANSPORTATION LEASING COMPANY 's Answer filed on March 8, 2019, are attached hereto as Exhibits B and C, respectively.

This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by defendant Shamrock pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

Plaintiff here seeks damages excess of $3,000,000. (Statement of Damages is attached hereto as Exhibit D). Based on the claim of personal injury and the amount of current medical costs incurred by the plaintiff in the underlying case as well as plaintiff's claim for pain and suffering, the amount in controversy in the present matter exceeds the jurisdiction limit of $75,000. (Decl. Vranjes, ¶4.)

Complete diversity of citizenship exists in that defendant Shamrock is a corporation incorporated under the laws of the State of Arizona and its principal place of business is in the State of Arizona. (Decl. Vranjes, Exhibit E.) The other named defendant in this matter, Miguel Alonzo, was the driver of the vehicle involved in the subject accident. Mr. Alonso has passed away on May 27, 2017, and as such is not a proper or viable defendant in this matter. (Decl. Vranjes, Exhibit F.) There are no other defendants in this matter. Plaintiff is a citizen of and is domiciled in California. (Decl. Vranjes, ¶5, *id.* at Exhibit G.)

Shamrock will promptly file a Removal Notice, together with a copy of this Notice of Removal, with the Clerk of the Superior Court of the State of California County of Orange, and will serve written notice of same on counsel of record for plaintiff.

///

///

WHEREFORE, for the foregoing reasons, Shamrock effects removal of this action to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

Dated: March 11, 2019          GRIMM, VRANJES & GREER LLP

By: _____
Mark Vranjes
Attorneys for Defendant
SHAMROCK TRANSPORTATION LEASING COMPANY

GRIMM, VRANJES & GREER LLP
550 West C Street, Suite 1100
San Diego, California 92101
TEL: (619) 231-8802; FAX: (619) 233-6039

Attorneys for Defendant
SHAMROCK TRANSPORTATION LEASING COMPANY

Jimenez v. Alonzo                                   Case No. 8:19-cv-00493

# DECLARATION OF SERVICE

    I declare that I am over the age of 18 years and not a party to the case; I am employed in the County of San Diego, California, where the mailing occurs; and my business address is 550 West C Street, Suite 1100, San Diego, California 92101. I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business. I caused to be served the following document(s):

**NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 USC § 1441(B) DIVERSITY; and DECLARATION OF MARK VRANJES IN SUPPORT (DEMAND FOR JURY TRIAL)**
**SEE ATTACHED SERVICE LIST**

[X] BY MAIL: By placing a true copy of the above-listed document(s) in a separate envelope addressed to each addressee, respectively, as indicated above on March 13, 2019.

[ ] BY PERSONAL SERVICE: I placed a true copy of the above-listed document(s) in a separate envelope addressed to each addressee, respectively, as indicated above and had such envelope personally delivered to the offices of the addressee on March 13, 2019.

[ ] BY ONE LEGAL: I caused the above-listed document(s) to be served electronically, on February 14, 2019 to those parties who have registered with One Legal.

[ ] BY EMAIL: By electronically sending a copy of the document(s) listed above to the parties' email addresses listed below on March 13, 2019.

[ ] BY OVERNIGHT DELIVERY: By placing a true copy of the above-listed document(s) in a separate envelope addressed to each addressee, respectively, on March 13, 2019. I placed the envelope for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

[X] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 13, 2019 at San Diego, California.

_____
Cecilia Buckner

Jimenez v. Alonzo
Case No.: 8:19-cv-00493

## SERVICE LIST

David Brown, Esq.  
Brown, Brown & Brown  
23326 Hawthorne Blvd., Suite 380  
Torrance, CA 90505

**Attorneys for Plaintiff Susan Jimenez**  
Tel:   310-378-3733  
Fax:  310-378-0703  
Email: mrtorts@aol.com

2