**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:** Miguel Alonso, Shamrock Transportation
*(AVISO AL DEMANDADO):* Leasing Company, and Does 1 to 100

**YOU ARE BEING SUED BY PLAINTIFF:** Susan Jimenez
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

| |
|---|
| *FOR COURT USE ONLY*<br>*(SOLO PARA USO DE LA CORTE)* |

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**01/15/2019** at 05:42:49 PM
Clerk of the Superior Court
By Angelina Nguyen-Do,Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO!* Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of Orange
700 Civic Center Drive West
Santa Ana, California 92701

CASE NUMBER:
*(Número del Caso):* 30-2019-01044675-CU-PA-CJC

Judge Linda Marks

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: David S. Brown
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Brown, Brown & Brown
23326 Hawthorne Bl., Ste 380, Torrance, CA 90505

310-378-3733

DATE:
*(Fecha)* 01/15/2019

DAVID H. YAMASAKI, Clerk of the Court

Clerk, by Angelina Nguyen-Do, Deputy
*(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [X] on behalf of *(specify):* Shramrock Transportation Leasing Company
   under: [X] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)    [ ] CCP 416.90 (authorized person)
   [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

[SEAL] SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

**PLD-PI-001**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>David S. Brown          SBN: 89438<br>Brown, Brown & Brown<br>23326 Hawthorne Bl., Ste 380<br>Torrance, CA 90505<br>TELEPHONE NO:310-378-3733          FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):*mrtorts@aol.com<br>ATTORNEY FOR *(Name):*Susan Jimenez | FOR COURT USE ONLY<br><br>**ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of Orange<br><br>**01/15/2019** at 05:42:49 PM<br>Clerk of the Superior Court<br>By Angelina Nguyen-Do,Deputy Clerk |

| |
|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OFORANGE<br>STREET ADDRESS:700 Civic Center Drive West<br>MAILING ADDRESS:700 Civic Center Drive West<br>CITY AND ZIP CODE:Santa Ana, 92701<br>BRANCH NAME:Central Justice Center |

| | |
|---|---|
| PLAINTIFF: Susan Jimenez<br><br>DEFENDANT: Miguel Alonso, Shamrock Transportation Leasing Company, and<br>[X] DOES 1 TO _____ 100 | |
| COMPLAINT—Personal Injury, Property Damage, Wrongful Death<br>[  ] AMENDED *(Number):*<br>**Type** *(check all that apply):*<br>[X] MOTOR VEHICLE          [  ] OTHER *(specify):*<br>       [  ] Property Damage          [  ] Wrongful Death<br>       [X] Personal Injury          [  ] Other Damages *(specify):* | |
| **Jurisdiction** *(check all that apply):*<br>[  ] ACTION IS A LIMITED CIVIL CASE<br>       Amount demanded   [  ] does not exceed $10,000<br>                              [  ] exceeds $10,000, but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[  ] ACTION IS RECLASSIFIED by this amended complaint<br>       [  ] from limited to unlimited<br>       [  ] from unlimited to limited | 30-2019-01044675-CU-PA-CJC<br><br>Judge Linda Marks |

1. **Plaintiff** *(name or names):*Susan Jimenez
   alleges causes of action against **defendant** *(name or names):* Miguel Alonso, Shamrock Transportation Leasing Company, and Does 1 to 100
2. This pleading, including attachments and exhibits, consists of the following number of pages:4
3. Each plaintiff named above is a competent adult
   a. [  ]    **except** plaintiff *(name):*
      (1) [  ] a corporation qualified to do business in California
      (2) [  ] an unincorporated entity *(describe):*
      (3) [  ] a public entity *(describe):*
      (4) [  ] a minor   [  ] an adult
         (a) [  ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [  ] other *(specify):*
      (5) [  ] other *(specify):*
   b. [  ]    **except** plaintiff *(name):*
      (1) [  ] a corporation qualified to do business in California
      (2) [  ] an unincorporated entity *(describe):*
      (3) [  ] a public entity *(describe):*
      (4) [  ] a minor   [  ] an adult
         (a) [  ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [  ] other *(specify):*
      (5) [  ] other *(specify):*

   [  ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007] | **COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death** | Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov<br>Westlaw Doc & Form Builder™ |

PLD-PI-001

| SHORT TITLE: Jimenez v. Alonso | CASE NUMBER: |
| --- | --- |

4. ☐ Plaintiff *(name)*:

is doing business under the fictitious name *(specify)*:

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except** defendant *(name)*: Shamrock Transport. Leas.
      (1) ☐ a business organization, form unknown
      (2) ☒ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   c. ☐ **except** defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   b. ☐ **except** defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   d. ☐ **except** defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers)*: 1 to 100          were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers)*: 1 to 100          are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify)*:

PLD-PI-001

| SHORT TITLE:  Jimenez v. Alonso | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
  a. ☒ Motor Vehicle
  b. ☐ General Negligence
  c. ☐ Intentional Tort
  d. ☐ Products Liability
  e. ☐ Premises Liability
  f. ☐ Other *(specify):*

11. Plaintiff has suffered
  a. ☒ wage loss
  b. ☒ loss of use of property
  c. ☒ hospital and medical expenses
  d. ☒ general damage
  e. ☒ property damage
  f. ☒ loss of earning capacity
  g. ☒ other damage *(specify):* and interest thereon.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
  a. ☐ listed in Attachment 12.
  b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
  a. (1) ☒ compensatory damages
    (2) ☐ punitive damages
  The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
  (1) ☒ according to proof
  (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 1/4/18

David S. Brown
_____
(TYPE OR PRINT NAME)

▶ *David S. Brown*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

PLD-PI-001(1)

| SHORT TITLE: Jimenez v. Alonso | CASE NUMBER: |
|---|---|

_____First_____    **CAUSE OF ACTION—Motor Vehicle**
(number)

ATTACHMENT TO  [X] Complaint    [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Susan Jimenez

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries
and damages to plaintiff; the acts occurred
on *(date):* 3-23-2017
at *(place):* 91 Freeway East, 2,500 feet west of Weir Canyon Road, Anaheim, CA

MV- 2. DEFENDANTS
a.  [X]  The defendants who operated a motor vehicle are *(names):* Miguel Alonso, Shamrock
Transportation Leasing Company, and

[X]  Does _____1_____  to  _____100_____

b.  [X]  The defendants who employed the persons who operated a motor vehicle in the course of their employment
are *(names):* Miguel Alonso, Shamrock Transportation Leasing Company, and

[X]  Does _____1_____  to  _____100_____

c.  [X]  The defendants who owned the motor vehicle which was operated with their permission are *(names):* Miguel
Alonso, Shamrock Transportation Leasing Company, and

[X]  Does _____1_____  to  _____100_____

d.  [X]  The defendants who entrusted the motor vehicle are *(names):* Miguel Alonso, Shamrock
Transportation Leasing Company, and

[X]  Does _____1_____  to  _____100_____

e.  [X]  The defendants who were the agents and employees of the other defendants and acted within the scope
of the agency were *(names):* Miguel Alonso, Shamrock Transportation Leasing Company, and

[X]  Does _____1_____  to  _____100_____

f.  [ ]  The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ] listed in Attachment MV-2f  [ ] as follows:

[ ]  Does _____  to  _____

**Page** 4_____

Page 1 of 1

**CAUSE OF ACTION—Motor Vehicle**

Brown, Brown & Brown
David S. Brown; 89438; mrtorts@aol.com
Joan Benjamin Brown; 93572; joanbbrown13@aol.com
Aaron M. Brown; 277981, ambrown219@aol.com
23326 Hawthorne Boulevard, Suite 380
Torrance, CA 90505-3725

310-378-3733
Attorneys for Plaintiff

ELECTRONICALLY FILED
Superior Court of California,
County of Orange
01/15/2019 at 05:42:49 PM
Clerk of the Superior Court
By Angelina Nguyen-Do,Deputy Clerk

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ORANGE

Susan Jimenez, Plaintiff,

v.

Miguel Alonso, Shamrock Transportation Leasing Company, and Does 1 to 100, Defendants.

Case No.   30-2019-01044675-CU-PA-CJC

PLAINTIFF'S DEMAND FOR JURY AND NOTICE OF POSTING FEES

Plaintiff demands a jury and posts jury fees of $150.

January 3, 2019

Brown, Brown & Brown

*Joan Benjamin Brown*

_____

Joan Benjamin Brown
Attorney for Plaintiff

C:\Users\joanb\BBB Dropbox\BBB cases\open cases 11-27-13\Jimenez, Susan\complaint etc\demand for jury.wpd

PLAINTIFF'S DEMAND FOR JURY AND NOTICE OF POSTING FEES